**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| HAROLD L. PASSMORE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____ | NO.  CV-11-039-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g). Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED this 17th day of October, 2012.

                                          JAMES R. LARSEN
                                          District Court Executive/Clerk


                            by:     <u>s/Penny Lamb</u>
                                    Deputy Clerk

cc: all counsel